MCGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

FILED

2006 JAN -4  A 9: 37

CLERK, US DISTRICT COURT
EASTERN DIST. OF CALIF.
BY_____
    DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS NEIL HANFT,<br><br>Defendant. | 1:05-cr-00524-OWW<br><br>ORDER TO UNSEAL INDICTMENT PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 6(e). |

The Indictment in this case having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED this 4th day of January, 2006, that the Indictment be unsealed and made public record.

Dated: January 4, 2006

HON. DENNIS L. BECK
U.S. Magistrate Judge

1