McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-00524 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | MOTIONS HEARING AND |
| DOUGLAS NEIL HANFT, | ) | ORDER THEREON |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/status conference hearing currently set for **May 1, 2006** may be continued to **May 30, 2006 at 1:30 p.m.**  Additionally, the parties are requesting that the following briefing schedule be set:

　　　　　Response to be filed by May 22, 2006;

　　　This request is being made due to the government needing additional time to complete the response resulting from calendar conflicts.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for

//
//
//
//

1

1 the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§
2 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

3 Dated: April 27, 2006                              McGREGOR W. SCOTT
                                                    United States Attorney
4
5                                                   By: /s/ Laurel J. Montoya
                                                    LAUREL J. MONTOYA
6                                                   Assistant U.S. Attorney
7
8 Dated: April 27, 2006                              /s/ William Logan
                                                    WILLIAM LOGAN
9                                                   Attorney for the Defendant
10
11
12                          ORDER CONTINUING HEARING DATE
13      IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§
14 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

21 IT IS SO ORDERED.

22 **Dated:   April 28, 2006**                       /s/ Oliver W. Wanger
   emm0d6                                           UNITED STATES DISTRICT JUDGE