1 | McGREGOR W. SCOTT
United States Attorney
2 | LAUREL J. MONTOYA
Assistant U.S. Attorney
3 | Rm. 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone:  (559) 497-4000
5

6

7

8 |                    IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )     1:05-cr-00524 OWW
                                        )
12 |                 Plaintiff,          )
                                        )
13 |         v.                          )     STIPULATION TO CONTINUE
                                        )     MOTIONS HEARING AND
14 | DOUGLAS NEIL HANFT,                 )     ORDER THEREON
                                        )
15 |                 Defendant.          )     **NOTE TO COUNSEL: DATE HAS BEEN
                                        )     CHANGED**
16

17

18

19 |         IT IS HEREBY STIPULATED by and between the parties hereto, and through their

20 | respective counsel, that the motions/status conference hearing currently set for **May 30, 2006** may

21 | be continued to **July ~~10~~ 17, 2006 at 1:30 p.m.**   Additionally, the parties are requesting that the

22 | following briefing schedule be set:

23 |                 Response to be filed by July 3, 2006;

24 |         This request is being made due to the government needing additional time to complete the

25 | response resulting from calendar conflicts.  The parties agree that the delay resulting from the

26 | continuance shall be excluded in the interests of justice, including but not limited to, the need for

27 | //

28 | //

                                        1

1   //

2   //

3   the period of  time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§

4   3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

5   Dated: May 25, 2006                   McGREGOR W. SCOTT
                                          United States Attorney

6

7                                    By: /s/ Laurel J. Montoya
                                    LAUREL J. MONTOYA

8                                    Assistant U.S. Attorney

9

10   Dated: May 25, 2006                    /s/ William Logan
                                        WILLIAM LOGAN

11                                    Attorney for the Defendant

12

13

14                    ORDER CONTINUING HEARING DATE

15       IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

16   3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

17

18

19

20

21

22

23   IT IS SO ORDERED.

24   **Dated:**   **May 26, 2006**              **/s/ Oliver W. Wanger**
    emm0d6                           UNITED STATES DISTRICT JUDGE

25

26

27

28

2