McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-00524 OWW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE MOTIONS HEARING AND |
| DOUGLAS NEIL HANFT, | ) | ORDER THEREON |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/status conference hearing currently set for **July 17, 2006** may be continued to **July 31, 2006 at 1:30 p.m.** Additionally, the parties are requesting that the following briefing schedule be set:

Response to be filed by July 24, 2006;

This request is being made due to the government needing additional time to complete the response resulting from calendar conflicts. Additionally, counsel for the defendant has a calendar conflict that cannot be resolved. Should the court need additional information regarding the nature of the calendar conflict, the government agrees that the court may have an ex parte conversation with Mr. Logan regarding the nature of the scheduling conflict. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation

pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: July 10, 2006                                McGREGOR W. SCOTT
                                                    United States Attorney


                                                    By: /s/ Laurel J. Montoya
                                                    LAUREL J. MONTOYA
                                                    Assistant U.S. Attorney


Dated: July 10, 2006                                 /s/ William Logan
                                                    WILLIAM LOGAN
                                                    Attorney for the Defendant



ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   July 15, 2006**                           /s/ Oliver W. Wanger
emm0d6                                              UNITED STATES DISTRICT JUDGE

2