FILED

FEB 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | 1:05-cr-00524 |
| Plaintiff,  ) | ORDER RE DEFENDANT'S REQUEST FOR CHANGE IN PRE-SENTENCE INVESTIGATION REPORT |
| v.  ) | |
| DOUGLAS NEIL HANFT,  ) | |
| Defendant.  ) | |

    On February 13, 2012, the court received defendant's request for change in pre-sentence investigation report. Defendant was sentenced on September 10, 2007 by now retired District Judge Oliver W. Wanger. The court has neither the authority nor a factual or legal basis to change the pre-sentence investigation report. The court has reviewed the docket in this case, and notes that Judge Wanger did recommend the 500 hour Bureau Of Prisons Substance Abuse Treatment Program. The court can do no more in this regard. Having considered all of the above, the court now finds that Defendant has failed to show good cause for the court to grant his request.

    THEREFORE, IT IS HEREBY ORDERED that Defendant's request is DENIED.

Dated: February 15, 2012

                                                     Anthony W. Ishii
                                                     Chief United States District Judge