UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Douglas Neil Hanft**<br>**Docket Number:  0972 1:05CR00524-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Douglas Neil Hanft is requesting permission to travel to Lima, Peru.  Douglas Neil Hanft is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On September 10, 2007, Douglas Neil Hanft was sentenced for the offense of 21 USC 841(a)(1) and (b)(1)(A) – Manufacturing Marijuana.

**Sentence Imposed:**   120 months custody in the Bureau of Prisons, 60 months Supervised Release; and $100 Special assessment (Paid)

**Dates and Mode of Travel:**  Departing January 9, 2017, and returning January 31, 2017.  Travel arrangements to be made upon confirmation of Court approval.

**Purpose:**  To visit son, Neil Hanft and family.

**RE:   Douglas Neil Hanft**
   **Docket Number:  0972 1:05CR00524-001**
   <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   November 16, 2016
   Fresno, California
   TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:       BRIAN J. BEDROSIAN**
   **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved       ☐   Disapproved

IT IS SO ORDERED.

Dated:   November 21, 2016

SENIOR  DISTRICT  JUDGE

2

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX