UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Douglas Neil Hanft**<br>**Docket Number:  0972 1:05CR00524-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Douglas Neil Hanft is requesting permission to travel to San Felipe, Baja California, Mexico. Douglas Neil Hanft is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On September 10, 2007, Douglas Neil Hanft was sentenced for the offense of 21 USC 841(a)(1) and (b)(1)(A) – Manufacturing Marijuana.

**Sentence Imposed:**   120 months custody in the Bureau of Prisons, 60 months Supervised Release; and $100 Special assessment (Paid)

**Dates and Mode of Travel:**  From March 24, 2017, through April 1, 2017.  Travel arrangements to be made upon Court approval.

**Purpose:**  Pleasure/Vacation with daughter Johanna Hanft and family.

**RE:**    **Douglas Neil Hanft**
       **Docket Number:  0972 1:05CR00524-001**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:    March 6, 2017
          Fresno, California
          TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:**    **BRIAN J. BEDROSIAN**
                       **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒    Approved      ☐    Disapproved

IT IS SO ORDERED.

Dated:   March 10, 2017                            [signature]

                                                        SENIOR  DISTRICT  JUDGE